# RATH YOUNG PIGNATELLI

R. Terry Parker
Attorney at Law
rtp@rathlaw.com
**DD:** (603) 410-4338

August 16, 2022

<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



RE:   Michael Kelley v. Kenneth Park Architect PLLC
          Case No: 1:22-cv-2712-KPF (S.D.N.Y.)

Dear Judge Failla:

We represent the plaintiff Michael Kelley ("Plaintiff") in the above-referenced action against the defendant Kenneth Park Architect PLLC ("Defendant").  The parties' initial pretrial conference is currently scheduled for August 16, 2022.  ECF No. 9.  The deadline for Defendant to answer or otherwise respond to the Complaint was July 7, 2022.  ECF No. 10.  Defendant has yet to have counsel enter an appearance in this matter and has yet to respond to the Complaint.  Nor has Defendant responded to communications from Plaintiff regarding the case and settlement.

In light of the forgoing and in accordance with Section II.B of Your Honor's Individual Practices, Plaintiff seeks a 30-day adjournment of the initial pretrial conference.  In the event Defendant has not obtained counsel and answered the Complaint within the next 14 days, Plaintiff intends to move for a default judgment.

Sincerely,

*/s/R. Terry Parker*

cc: Kenneth Park Architect PLLC (via email)

National Impact. Uniquely New Hampshire.

Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666

Application GRANTED.  The initial pretrial conference is hereby
ADJOURNED to **September 28, 2022, at 10:00 a.m.**  If Plaintiff moves
for a default judgment prior to that date, the Court will adjourn the
conference *sine die*.

The Court will provide a copy of this endorsement to Defendant via
email.  The Clerk of Court is directed to terminate the motion at
docket entry 11.


Dated:  August 16, 2022          SO ORDERED.
        New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE